

# Delaware
### The First State

File Number: LF0013114
Date Filed: 06/25/2012
Effective Date: 01/31/2005
Robin Carnahan
Secretary of State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE CERTIFICATE OF MERGER, WHICH MERGES:

"WARES DELAWARE CORPORATION", A DELAWARE CORPORATION,

WITH AND INTO "WAL-MART STORES EAST, LP" UNDER THE NAME OF "WAL-MART STORES EAST, LP", A LIMITED PARTNERSHIP ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, WAS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-FIFTH DAY OF JANUARY, A.D. 2005, AT 12:30 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID LIMITED PARTNERSHIP SHALL BE GOVERNED BY THE LAWS OF THE STATE OF DELAWARE.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF JANUARY, A.D. 2005.

State of Missouri
Merger - General Business - Foreign 2 Page(s)


T1217851004

3455699   8330
120772617

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 9666700
DATE: 06-25-12

You may verify this certificate online
at corp.delaware.gov/authver.shtml


EXHIBIT B

TAXATION DIVISION
P O BOX 3666
JEFFERSON CITY MO 65105-3666



**Missouri
DEPARTMENT OF REVENUE**

Telephone: (573) 751-9268
Fax: (573) 522-1265
E-mail: taxclearance@dor.mo.gov

# CERTIFICATE OF TAX CLEARANCE

WARES DELAWARE CORPORATION
702 SW 8TH ST
BENTONVILLEAR 72716

DATE:   JUNE 25, 2012

MISSOURI CORPORATION CHARTER NUMBER:   F00429673

Thank you for contacting the Missouri Department of Revenue.  In response to the corporation's request, a review of the tax records has been completed.  All taxes owed, including all liabilities owed as determined by the Division of Employment Security, pursuant to Chapter 288, RSMo, have been paid.

This statement is not to be construed as limiting the authority of the Director of Revenue to pursue collection of liabilities resulting from final litigation, default in payment of any installment agreement entered into with the Director of Revenue, any successor liability that may become due in the future, or audits or reviews of the taxpayer's records as provided by law.

This Certificate of Tax Clearance must be presented to the Missouri Secretary of State's Office with any required paperwork and payment.  For information concerning the Secretary of State's requirements, you may call their office at (573) 751-4153 or toll free at (866) 223-6535.

If you require additional information or assistance, please contact the Taxation Division at Post Office Box 3666, Jefferson City, Missouri 65105-3666 or by telephone at (573) 751-9268 during the hours of 8:00 a.m. to 5:00 p.m.

THIS CERTIFICATE REMAINS VALID FOR SIXTY (60) DAYS FROM THE ISSUANCE DATE.  If you do not complete your transaction in sixty (60) days you must obtain a new Certificate of Tax Clearance.  Additionally, a new Form 943, Request for Tax Clearance, may be required.

Sincerely,

*Dwayne Maples*

Dwayne Maples
Administrator, Business Tax
Taxation Division

JB:DU1301

CBN001
201217700301063



Office of the Secretary of State
State of Missouri

ROBIN CARNAHAN  　　Jefferson City  　　CORPORATIONS DIVISION
SECRETARY OF STATE  　　65101  　　(866) 223-6535 TOLL FREE

June 25, 2012

JEFF CITY FILING, INC.
222 E. Dunklin, Suite 102
Jefferson City, MO 65101

RE:   *WAL-MART STORES EAST, LP d/b/a WAL-MART STORES EAST I, LP – LF0013114*

Dear Corporation:

This is to advise you that on the day shown below we have filed for record in this office a merger between:

*WARES DELAWARE CORPORATION -- F00429673*
*INTO:*
*WAL-MART STORES EAST, LP d/b/a WAL-MART STORES EAST I, LP -- LF0013114*

The merger was filed in this office on the June 25, 2012.

The merger was effective in the home state of the survivor on the *January 31, 2005*.

The survivor is qualified to transact business in Missouri.

Secretary of State
Business Services Division
P. O. Box 778
Jefferson City, MO 65102
(866) 223-6535
www.sos.mo.gov

No. LF0013114

# STATE OF MISSOURI



Matt Blunt
Secretary of State

CERTIFICATE OF FOREIGN LIMITED PARTNERSHIP

WHEREAS,
WAL-MART STORES EAST, LP

using in Missouri the name
WAL-MART STORES EAST I, LP

and existing under the laws of the State of DELAWARE has filed with this state its application for registration and WHEREAS this application for registration conforms to the Missouri Revised Uniform Limited Partnership Act;

NOW, THEREFORE, I, MATT BLUNT, Secretary of State of the State of Missouri, by virtue of authority vested in me by law, do certify and declare that on the 16th day of NOVEMBER, 2001, the above foreign limited partnership is duly authorized to transact business in the State of Missouri and is entitled to any rights granted limited partnerships under the Missouri Revised Uniform Limited Partnership Act.

IN TESTIMONY WHEREOF, I have set my hand and imprinted the GREAT SEAL of the State of Missouri, on this, the 16th day of NOVEMBER, 2001.



$105.00       Secretary of State

SOS #30 (1-01)

```
File Number: 200409220709
LF0013114
Date Filed: 04/01/2004
Matt Blunt
Secretary of State
```



# State of Missouri
## Matt Blunt, Secretary of State

Corporations Division
P.O. Box 778 / 600 W. Main Street, Rm 322
Jefferson City, MO 65102

## Statement of Change of Registered Agent and/or Registered Office of Limited Partnership

(Submit in duplicate with filing fee of $10)

### Instructions

This form is to be used by a Limited Partnership (or a registered Limited Liability Limited Partnership) to change either or both the name of its registered agent and/or the address of its existing registered agent. The registered office may be the same as the place of business of the Limited Partnership. The address of the Limited Partnership's registered office and the address of the business office of its registered agent must be identical. The Limited Partnership cannot act as its own registered agent. If the agent is a corporation, this form must be executed by an authorized person(s). Any subsequent change in the registered office or agent must be immediately reported to the Secretary of State.

Charter No. LF0013114

1. The name of the Limited Partnership is: Wal-Mart Stores East, L.P.

2. The name of its registered agent before this change is: CSC-Lawyers Inc. Service Co.

3. The name of the new registered agent is: C T Corporation System

   Authorized signature of new registered agent must appear below:

   *[signature]*
   (May attach separate originally executed written consent to this form in lieu of this signature)
   M.S. Green, Asst. Secy.

4. The address, including street number if any, of its registered office before this date change is:

   221 Bolivar Street          Jefferson City, MO 65101
   *Address*                    *City/State/Zip*

5. Its registered office (including street number, if any change is to be made) is hereby changed to:

   120 South Central Avenue    Clayton, MO 63105
   *Address*  (P.O. Box may only be used in conjunction with a physical street address)    *City/State/Zip*

6. Such change was authorized by resolution duly adopted by the Limited Partnership.

**In affirmation thereof, the facts stated are true:**

*[signature]*          S.L. Emerick, Auth. Signer of WSE Management, LLC, G.P.     3/29/2004
*(General Partner Signature)*          *(Printed Name)*                              *(Date)*

_____          State of Missouri                              _____
*(General Partner Signature)*       Change/Resignation of Agent 1 Page(s)          *(Date)*

LP 9 (12/02)
MO073 - 10/22/2003 C T System Online

T0409243038



# State of Missouri
### Matt Blunt, Secretary of State

Corporations Division
P.O. Box 778, Jefferson City, MO 65102

James C. Kirkpatrick State Information Center
600 W. Main Street, Rm 322, Jefferson City, MO 65101

**FILED**
NOV 16 2001

Matt Blunt
SECRETARY OF STATE

## Application for Registration
## Of a Foreign Limited Partnership in Missouri
(Submit in duplicate with filing fee of $105)

1. The name of the foreign limited partnership is:

   WAL-MART STORES EAST, LP

2. The name under which the foreign limited partnership will transact business in Missouri is (must include "L.P.", "LP", or "limited partnership" in name) (**must** be filled out if different from name in line (1)):

   WAL-MART STORES EAST I, LP

3. The limited partnership was formed in the state or jurisdiction of DELAWARE on the date of NOVEMBER 9, 2001

   and is to dissolve on PERPETUAL
   *(month/day/year, event, or perpetual)*

4. The name and address of the limited partnership's registered agent in Missouri is (this line **must** be completed):

   Corporation Service Company d/b/a
   CSC-Lawyers Incorporating Service Company    221 Bolivar Street, Jefferson City, MO, 65101
   *Name*    *Street Address: May not use P.O. Box unless street address also provided*    *City/State/Zip*

   The Secretary of State is appointed agent for service of process if the foreign limited partnership fails to maintain a registered agent. *Note*: failure to maintain a registered agent constitutes grounds to cancel the registration of the foreign limited partnership.

5. The address of the office required to be maintained in the state of its organization by the laws of that state or, if none required, the address of the principal office of the foreign limited partnership:

   WAL-MART STORES EAST, LP - 702 SW 8TH STREET, BENTONVILLE, AR, 72716-0555
   *Name*    *Street Address: May not use P.O. Box unless street address also provided*    *City/State/Zip*

6. List all general partners (with business addresses):

   WAL-MART STORES EAST, INC. - 702 SW 8TH STREET, BENTONVILLE, AR, 72716-0555

   *Name (Please Print)*    *Street Address: May not use P.O. Box unless street address also provided*    *City/State/Zip*

7. The address of the office at which a list of the names and addresses and capital contributions of limited partners is kept:

   702 SW 8TH STREET, BENTONVILLE, AR, 72716-0555
   *Name*    *Street Address: May not use P.O. Box unless street address also provided*    *City/State/Zip*

**In affirmation thereof, the facts stated above are true:**

*(General Partner Signature)*    Anthony D. George, on behalf of Wal-Mart Stores East, Inc.
   *(Printed Name)*    *(Date)*

LP #42 (11/00)

## Wal-Mart Stores East, LP
## Officer List

| | |
|---|---|
| H. Lee Scott, Jr.<br>President & Sole Director | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Paul R. Carter<br>Executive Vice President | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Mike Duke<br>Executive Vice President | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Coleman Peterson<br>Executive Vice President | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Thomas Schoewe<br>Executive Vice President & CFO | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Jay Fitzsimmons<br>Senior Vice President and Treasurer | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Glenn L. Habern<br>Senior Vice President - New Business Development | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| James Martin<br>Senior Vice President - Pharmacy | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Robert K. Rhoads<br>Senior Vice President and Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| James A. Walker, Jr.<br>Senior Vice President and Controller | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Eric Zorn<br>Senior Vice President - Real Estate | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Rollin Ford<br>Senior Vice President | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Dennis Atnip<br>Vice President & Regional Distribution Manager | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Rick Brazile<br>Vice President - Accounting and Assistant Controller | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| J. Robert Bray<br>Vice President - Real Estate | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| David Bullington<br>Vice President - Tax | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Johnnie Dobbs, Jr.<br>Vice President Specialty Distribution | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Larry Duff<br>Vice President | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Bradley Feagans<br>Vice President & Divisional Merchandise Manager | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Gary Fratto<br>Vice President & Divisional Merchandise Manager | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Anthony L. Fuller<br>Vice President - Real Estate | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Allison Garrett<br>Vice President & Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |

FILED

NOV 16 2001

Matt Blunt
SECRETARY OF STATE

| Name & Title | Address |
|---|---|
| Martin G. Gilbert<br>Vice President & Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Kerry Harmon<br>Vice President - Operations | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Dave Holtz<br>Vice President & Regional Distribution Manager | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Brian Huff<br>Vice President & Divisional Merchandise Manager | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Chuck Johnston<br>Vice President - Logistics | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Deborah Kass<br>Vice President - Logistics People | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Mike Mabry<br>Vice President & Regional Distribution Manager | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Larry Mahoney<br>Vice President - Logistics | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Rich Mangrum<br>Vice President | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| William May<br>Vice President | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Ruth McCarthy<br>Vice President & Divisional Merchandise Manager | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Mike McLemore<br>Vice President - Logistics | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Lori Meyer<br>Vice President | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Mike Miller<br>Vice President - Operations | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Steve Noetzel<br>Vice President | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Dave Reiff<br>Vice President - Private Fleet | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Bob Robinson<br>Vice President & Regional Distribution Manager | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Michael Rouse<br>Vice President & Divisional Merchandise Manager | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Sallie Stroud<br>Vice President & Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Ted Wade<br>Vice President - Traffic | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Mike Weller<br>Vice President & Regional Distribution Manager | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Ronald A. Williams<br>Vice President & Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Tim Yatsko<br>Vice President - IMD | 702 S.W. 8th Street<br>Bentonville, AR 72716 |

| | |
|---|---|
| Robert M. Bedard<br>Assistant Vice President & Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Jim Bennett<br>Assistant Vice President | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| J. Robert Bray<br>Assistant Vice President and Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Michael A. Gardner<br>Assistant Vice President and Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Kimberly K. Lane<br>Assistant Vice President and Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| S. Richard Levin<br>Assistant Vice President and Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Barry Shannahan<br>Assistant Vice President and Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| George Bacso<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Angela S. Beehler<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Shavondelia Brown<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Rachel Brumley<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Debbie Cawood<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| James A. Cole<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Lorraine E. Dark<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Anthony George<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Martin G. Gilbert, Jr.<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Chris Glass<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Scott Greear<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Jim Harris<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Sondra Hilger<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Frank Hysell<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Michael W. Kersting<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Adele E. Lucas<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |

| | |
|---|---|
| Joan Mladucky<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Carl Muller<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Karen Roberts<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Brandt Rydell<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Kim Saylors<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Kathy Tobey<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Michael E. Tomlin<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Latriece Watkins<br>Assistant Secretary | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Elizabeth Branigan<br>Assistant Treasurer | 702 S.W. 8th Street<br>Bentonville, AR 72716 |
| Michael A. Cook<br>Assistant Treasurer | 702 S.W. 8th Street<br>Bentonville, AR 72716 |

## Purpose Clause of Wal-Mart Stores East, LP

The purpose of the limited partnership is to engage in any lawful act or activity for which limited partnerships may be formed, including, but not limited to, various management, employment, and business services related to retail activities.

John R. Ashcroft Secretary of State
**2017 ANNUAL REGISTRATION REPORT**
BUSINESS

F00148861
Date Filed: 4/29/2017
John R. Ashcroft
Missouri Secretary of State

\* SECTION 1, 3 & 4 ARE REQUIRED

**1**

REPORT DUE BY: 5/31/2017

F00148861
WAL-MART STORES, INC.
C T CORPORATION SYSTEM
120 SOUTH CENTRAL AVE
CLAYTON MO 63105

RENEWAL MONTH: FEBRUARY

☐ I OPT TO CHANGE THE CORPORATION'S RENEWAL MONTH TO ___ FOR A $25.00 FEE

PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:

124 West Capitol Avenue    (Required)
Suite 1900
STREET
Little Rock   AR   72201
CITY / STATE             ZIP

**2** If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent ___
IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address ___

Must be a Missouri address, PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign insurance.

**3**

**A** OFFICERS
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW

| | | |
|---|---|---|
| PRESIDENT | Duke, Michael | |
| STREET | 124 West Capitol Avenue Suite 1900 | |
| CITY/STATE/ZIP | Little Rock AR 72201 | |
| SECRETARY | Gearhart, Jeffrey | |
| STREET | 124 West Capitol Avenue Suite 1900 | |
| CITY/STATE/ZIP | Little Rock AR 72201 | |
| VICE PRESIDENT | Moehring, Cynthia | |
| STREET | 124 West Capitol Avenue Suite 1900 | |
| CITY/STATE/ZIP | Little Rock AR 72201 | |
| TREASURER | Davis, Jeffrey A. | |
| STREET | 124 West Capitol Avenue Suite 1900 | |
| CITY/STATE/ZIP | Little Rock AR 72201 | |

**B** BOARD OF DIRECTORS
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST ONE DIRECTOR BELOW

| | | |
|---|---|---|
| NAME | Scott Jr., H. Lee | |
| STREET | 124 West Capitol Avenue Suite 1900 | |
| CITY/STATE/ZIP | Little Rock AR 72201 | |
| NAME | Reinemund, Steven S. | |
| STREET | 124 West Capitol Avenue Suite 1900 | |
| CITY/STATE/ZIP | Little Rock AR 72201 | |
| NAME | Wolf, Linda S. | |
| STREET | 124 West Capitol Avenue Suite 1900 | |
| CITY/STATE/ZIP | Little Rock AR 72201 | |
| NAME | Williams, Christopher J. | |
| STREET | 124 West Capitol Avenue Suite 1900 | |
| CITY/STATE/ZIP | Little Rock AR 72201 | |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

**4** The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 576.060 RSMo. Photocopy or stamped signature not acceptable.

Authorized party or officer sign here: Kelly Lettmann    (Required)

Please print name and title of signer:   Kelly Lettmann   /   Other
                                          NAME                    TITLE

REGISTRATION REPORT FEE IS:
__$20.00 If filed on or before 5/31/2017
__$35.00 If filed on or before 6/30/2017
__$50.00 If filed on or before 7/31/2017
__$65.00 If filed on or before 8/31/2017
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL): ___

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 1366, Jefferson City, MO 65102

John R. Ashcroft Secretary of State
2017 ANNUAL REGISTRATION REPORT
BUSINESS

F00148861
WAL-MART STORES, INC.
C T CORPORATION SYSTEM
120 SOUTH CENTRAL AVE
CLAYTON MO 63105

| OFFICERS (Continued) NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). | BOARD OF DIRECTORS (Continued) NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE). |
|---|---|
| **ASSISTANT SECRETARY** Lazenby, Andrea<br>STREET 124 West Capitol Avenue Suite 1900<br>CITY/STATE/ZIP Little Rock AR 72201 | **DIR.** Walton, Jim<br>STREET 124 West Capitol Avenue Suite 1900<br>CITY/STATE/ZIP Little Rock AR 72201 |
| **ASSISTANT SECRETARY** Thrasher, Amy<br>STREET 124 West Capitol Avenue Suite 1900<br>CITY/STATE/ZIP Little Rock AR 72201 | **DIR.** Sorenson, Arne M.<br>STREET 124 West Capitol Avenue Suite 1900<br>CITY/STATE/ZIP Little Rock AR 72201 |
| **CHAIRMAN** Walton, S. Robson<br>STREET 124 West Capitol Avenue Suite 1900<br>CITY/STATE/ZIP Little Rock AR 72201 | **DIR.** Penner, Gregory B.<br>STREET 124 West Capitol Avenue Suite 1900<br>CITY/STATE/ZIP Little Rock AR 72201 |
| | **DIR.** Mayer, Melissa A.<br>STREET 124 West Capitol Avenue Suite 1900<br>CITY/STATE/ZIP Little Rock AR 72201 |
| | **DIR.** Flynn, Timothy P.<br>STREET 124 West Capitol Avenue Suite 1900<br>CITY/STATE/ZIP Little Rock AR 72201 |
| | **DIR.** Daft, Douglas N.<br>STREET 124 West Capitol Avenue Suite 1900<br>CITY/STATE/ZIP Little Rock AR 72201 |
| | **DIR.** Corbett, Roger C.<br>STREET 124 West Capitol Avenue Suite 1900<br>CITY/STATE/ZIP Little Rock AR 72201 |
| | **DIR.** Cash Jr., James I.<br>STREET 124 West Capitol Avenue Suite 1900<br>CITY/STATE/ZIP Little Rock AR 72201 |
| | **DIR.** Burns, M. Michele<br>STREET 124 West Capitol Avenue Suite 1900 |

3

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 1366, Jefferson City, MO 65102

John R. Ashcroft Secretary of State
2017 ANNUAL REGISTRATION REPORT
BUSINESS

| | | |
|---|---|---|
| | CITY/STATE/ZIP | Little Rock AR 72201 |
| | DIR. STREET CITY/STATE/ZIP | Breyer, James W. 124 West Capitol Avenue Suite 1900 Little Rock AR 72201 |
| | DIR. STREET CITY/STATE/ZIP | Alvarez, Aida M. 124 West Capitol Avenue Suite 1900 Little Rock AR 72201 |
| | DIR. STREET CITY/STATE/ZIP | Duke, Michael 124 West Capitol Avenue Suite 1900 Little Rock AR 72201 |